D.B. HILL, A PROFESSIONAL LAW CORPORATION
DENNIS B. HILL (CSB No. 218131)
Dennis@dbhilllaw.com
640 Fifth St., Ste. 200
Lincoln, CA 95814
Telephone:   (916) 434-2553
Facsimile:    (916) 434-2560

Attorney for Plaintiffs
TROY STURGILL and JAMIE STURGILL

RILEY SAFER HOLMES & CANCILA LLP
JEFFREY R. WILLIAMS (CSB No. 084156)
jwilliams@rshc-law.com
ANDREW E. CALDERON (CSB No. 316673)
acalderon@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, CA  94104
Telephone:   (415) 275-8550
Facsimile:    (415) 275-8551

Attorneys for Defendant
ALTEC INDUSTRIES, INC.

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY STURGILL and JAMIE STURGILL,<br><br>                Plaintiffs,<br><br>     vs.<br><br>ALTEC INDUSTRIES, INC. and DOES 1 through 25, inclusive,<br><br>                Defendants | Case No. 2:21-cv-01874-TLN-AC<br><br>**STIPULATION AND ORDER** |

/ / /

/ / /

/ / /

/ / /

/ / /

## STIPULATION

On October 12, 2021, this Court entered its Initial Pretrial Scheduling Order (ECF No. 3). This order established a schedule for fact discovery, expert disclosures and discovery, and the filing of dispositive motions.

The parties have served and responded to written discovery, and have produced documents necessary in order to take the depositions of the parties and key witnesses in this case. These depositions, as well as obtaining all of the necessary documents from third parties by subpoena, cannot be completed by June 11, 2022, the date currently scheduled for the close of fact discovery.

Accordingly, the parties have agreed upon a proposed modification to the Court's Scheduling Order. This proposal moves the dates for the completion of fact and expert discovery, but leaves the final date set by the Court, for the filing of dispositive motions, intact. All other dates that will follow from that date but which remain to be set, namely the Joint Notice of Trial Readiness, the Final Pretrial Conference, and Trial dates, will not be affected by this proposed modification to the current schedule.

Accordingly, the parties stipulate to the following scheduling dates (the current dates are provided for reference), and respectfully request that the Court order as follows:

| **Deadline** | **Current Schedule** | **Proposed Schedule** |
| --- | --- | --- |
| Fact discovery cutoff | June 11, 2022 | September 11, 2022 |
| Deadline to serve expert disclosures | August 10, 2022 | September 11, 2022 |
| Deadline to serve rebuttal expert disclosures | September 9, 2022 | October 11, 2022 |
| Deadline for filing dispositive motions | December 8, 2022 | December 8, 2022 |
| Joint Notice of Trial Readiness | TBD | |
| Final Pretrial Conference | TBD | |
| Trial | TBD | |

| | |
|---|---|
| DATED: May 24, 2022 | Respectfully submitted, |
| | D.B. HILL, A PROFESSIONAL LAW CORP. |
| | By: */s/ Dennis B. Hill* |
| | Dennis B. Hill |
| | Attorney for Plaintiffs |
| | TROY STURGILL and JAMIE STURGILL |
| DATED: May 24, 2022 | RILEY SAFER HOLMES & CANCILA LLP |
| | By: */s/ Jeffrey R. Williams* |
| | Jeffrey R. Williams |
| | Andrew E. Calderon |
| | Attorneys for Defendant |
| | ALTEC INDUSTRIES, INC. |

**ORDER**

The above STIPULATION and ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

DATED: May 24, 2022

_____
Troy L. Nunley
United States District Judge