1  D.B. HILL, A PROFESSIONAL LAW CORPORATION
   DENNIS B. HILL (CSB No. 218131)
2  Dennis@dbhilllaw.com
   640 Fifth St., Ste. 200
3  Lincoln, CA 95814
   Telephone:    (916) 434-2553
4  Facsimile:    (916) 434-2560

5  Attorney for Plaintiffs
   TROY STURGILL and JAMIE STURGILL
6

7  RILEY SAFER HOLMES & CANCILA LLP
   JEFFREY R. WILLIAMS (CSB No. 084156)
8  jwilliams@rshc-law.com
   ANDREW E. CALDERÓN (CSB No. 316673)
9  acalderon@rshc-law.com
   456 Montgomery Street, 16th Floor
10 San Francisco, CA 94104
   Telephone:    (415) 275-8550
11 Facsimile:    (415) 275-8551

12 Attorneys for Defendant
   ALTEC INDUSTRIES, INC.
13

14
                    UNITED STATES DISTRICT COURT FOR
15
                    THE EASTERN DISTRICT OF CALIFORNIA
16

17
   TROY STURGILL and JAMIE         | Case No. 2:21-cv-01874-TLN-AC
18 STURGILL,                       |
19          Plaintiffs,            | **STIPULATION AND ORDER**
20    vs.                          |
21 ALTEC INDUSTRIES, INC. and DOES 1|
22 through 25, inclusive,          |
23          Defendants             |

24 / / /
25 / / /
26 / / /
27 / / /
28

                              STIPULATION & ORDER

## **STIPULATION**

On October 12, 2021, this Court entered its Initial Pretrial Scheduling Order (ECF No. 3). This order established a schedule for fact discovery, expert disclosures and discovery, and the filing of dispositive motions.  The parties served and responded to written discovery, and have produced documents necessary to take the depositions of the parties and key witnesses in this case.  These depositions, as well as obtaining all of the necessary documents from third parties by subpoena, could not be completed by the original deadline of June 11, 2022 for the close of fact discovery.  As a result, the parties stipulated to and the Court granted a three-month extension of discovery deadlines on May 25, 2022 that became the Court's Scheduling Order (ECF No. 10). Since then, the parties have worked diligently to complete third-party discovery and schedule depositions but are not able to finish doing so before the current deadline of September 11, 2022 for the close of fact discovery.

Accordingly, the parties have agreed upon a proposed modification to the Court's Scheduling Order.  This proposal moves back all current dates by 60 days.  All other dates that will follow from these dates, namely the Joint Notice of Trial Readiness, the Final Pretrial Conference, and Trial dates, remain to be set by the Court.

Accordingly, the parties stipulate to the following scheduling dates (the current dates are provided for reference), and respectfully request that the Court order as follows:

| **Deadline** | **Current Schedule** | **Proposed Schedule** |
|---|---|---|
| Fact discovery cutoff | September 11, 2022 | November 10, 2022 |
| Deadline to serve expert disclosures | September 11, 2022 | November 10, 2022 |
| Deadline to serve rebuttal expert disclosures | October 11, 2022 | December 12, 2022 |
| Deadline for filing dispositive motions | December 8, 2022 | February 6, 2023 |
| Joint Notice of Trial Readiness | TBD | |
| Final Pretrial Conference | TBD | |

| Trial | TBD | |
|---|---|---|

DATED: August 17, 2022  Respectfully submitted,

                                                  D.B. HILL, A PROFESSIONAL LAW CORP.

                                                  By: */s/ Dennis B. Hill* (as authorized on 8/15/22)
                                                      Dennis B. Hill
                                                      Attorney for Plaintiffs
                                                      TROY STURGILL and JAMIE STURGILL

DATED: August 17, 2022                      RILEY SAFER HOLMES & CANCILA LLP

                                                    By:/s/ *Jeffrey R. Williams*
                                                      Jeffrey R. Williams
                                                      Andrew E. Calderon
                                                      Attorneys for Defendant
                                                      ALTEC INDUSTRIES, INC.

## **ORDER**

The above STIPULATION and ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

DATED: August 18, 2022

                                                      Troy L. Nunley
                                                      United States District Judge

STIPULATION & ORDER